IN THE MATTER OF THE ESTATE OF
HORACE G. HOUGHTON, DECEASED.

April 4, 1977. Petition for certification granted. (See 147
*N. J. Super.* 477)

STATE OF NEW JERSEY v. EDWARD KING, JR.

April 4, 1977. Petition for certification denied.

JOHN SCOTT PALIMENO v. ALLAN JUBB, JR.

April 4, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. COLIN CHAMBERS.

April 4, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ALPHONSO JOHNSON.

April 4, 1977. Petition for certification denied.

GERALDINE SMITH v. DIVISION OF CORRECTION &
PAROLE OF THE DEPARTMENT OF INSTITUTIONS &
AGENCIES.

April 4, 1977. Petition for certification denied.